UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADA LUISA ALBORS SANCHEZ,
a.k.a ADA A. GONZALEZ,

     Plaintiff,

v.                                                      4:21cv379–WS/MAF

JUAN ALBERTO ALBORS,
et al.,
     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF

No. 5) docketed September 22, 2021. The magistrate judge recommends that

Plaintiff's complaint be dismissed as redundant because she still has an active case

pending that raises the same claims and issues. On October 18, 2021, Plaintiff filed

an untimely motion to extend the fourteen-day period to file objections to the

report and recommendation. Plaintiff was granted an extension until November 9,

2021, and was warned that no further extensions would be granted. On the

November 9th deadline, without explaining why she needed additional time to file

objections, Plaintiff filed another motion for extension of time. Her second motion

to extend time was denied.

The undersigned has reviewed the magistrate judge's report and

recommendation and finds that it is due to be granted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is

GRANTED.

2. Plaintiff's complaint, and this case, are DISMISSED as redundant.

3. Plaintiff's request (ECF No. 1) for a transfer to the District Court is Puerto

Rico is DENIED.

4. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this ___16th___ day of ___November___, 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE